UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| VERNA AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-cv-443 |
| | ) | |
| v. | ) | Honorable Paul L. Maloney |
| | ) | |
| LAWRENCE LYNELL SIMMONS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### ORDER DENYING APPLICATION
### TO PROCEED IN FORMA PAUPERIS

This action was removed from the Kalamazoo County Circuit Court to this court by defendant Lawrence Lynell Simmons. Defendant has requested leave of court to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. His affidavit of financial status discloses that plaintiff and his spouse own a home valued at $75,000 and a new vehicle (a 2013 Kia Sorrento) worth $23,000. Although it appears that plaintiff does not have an income, plaintiff's spouse is employed and receives approximately $3,200.00 per month. Plaintiff has $9,000.00 in cash in the bank.

The court should only grant leave to proceed *in forma pauperis* when it reasonably appears that the cost of filing would impose an undue financial hardship. *Prows v. Kastner*, 842 F.2d 138, 140 (5th Cir. 1988). In this case, defendant's financial affidavit discloses that the filing fee of $350.00 would not be beyond his means. In such circumstances, a person does not qualify for pauper status and the application under 28 U.S.C. § 1915(a) should be denied. *See Fromal v. Jackson (In re Fromal)*, No. 93-1883, 1995 WL 230253, at * 1 (4th Cir. Apr. 18, 1995); *Williams*

*v. Latins*, No. 88-6167, 1989 WL 67117, at * 1 (9th Cir. June 9, 1989); *Boutte v. Taplin*, No. 04-128, 2004 WL 626286, at * 2 (E.D. La. Mar. 30, 2004); *Waddy v. Matheson Tri-Gas, Inc.*, No. 3-03-cv-3075-N, 2004 WL 344179, at * 2 (N.D. Tex. Feb. 11, 2004); *Scott v. Bell Atlantic Corp.*, No. CIV 93-5970, 1995 WL 50973, at * 1 (E. D. Pa. Feb. 7, 1995); *Temple v. Ellerthorpe*, 586 F. Supp. 848 (D.R.I. 1984); *accord Wilson v. Yaklich*, 148 F.3d 596, 603 (6th Cir. 1998) (IFP status is a privilege not a right).

Accordingly, defendant's application for leave to proceed *in forma pauperis* is DENIED.  Defendant shall submit the filing fee within 30 days of the date of this order.


Dated:    April 29, 2013           /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge