UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Verna Austin,<br>     Plaintiff,<br><br>-v-<br><br>Lawrence L. Simmons,<br>     Defendant. | No. 1:13-cv-443<br><br>HONORABLE PAUL L. MALONEY |

## JUDGMENT

Having remanded this action to the state court for lack of subject-matter jurisdiction, as required by Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Plaintiff and against Defendant.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Date:  June 19, 2013                                  /s/ Paul L. Maloney
                                                     Paul L. Maloney
                                                     Chief United States District Judge